UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RODRIGO PEREZ, | ) No. CV 11-06302-MMM (VBK) |
| Petitioner, | ) ORDER TO SHOW CAUSE RE DISMISSAL |
| v. | ) |
| KELLY HARRINGTON, | ) |
| Respondent. | ) |

On July 29, 2011, Rodrigo Perez (hereinafter referred to as "Petitioner"), represented by counsel, filed a "Petition for Writ of Habeas Corpus and Points and Authorities" ("Petition"). The Petition filed by counsel was not submitted on the form approved by the Central District of California. (See Local Rule 83-16.1.)

On August 2, 2011, the Court issued a Minute Order requiring the filing of the Petition on a form approved by the Central District of California within ten days. The Court warned Petitioner that failure to timely file the Petition on the proper form would result in the issuance of an Order to Show Cause re Dismissal.

As of the date of this Order to Show Cause, counsel for Petitioner has failed to file a Petition on the form approved by the

Central District of California.

    Accordingly, **IT IS THEREFORE ORDERED** that on or before September 15, 2011, Petitioner show cause in writing, if any, why the Court should not recommend that the Petition be dismissed on the grounds that counsel has failed to comply with the Court's Orders.

DATED: August 30, 2011                    /s/
                                          VICTOR B. KENTON
                                          UNITED STATES MAGISTRATE JUDGE